IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALLI J. MCFADDEN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-5787 |
| | : | |
| ODEIDA DALMASI | : | |
| *MEDICAL & CLINICAL DIRECTOR*, | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 21st day of November, 2019, upon consideration of Defendants Dr. Odeida Dalmasi, Nurse Practitioner Cristine Nelson, and Nurse Akinwale Sogo's Motions for Summary Judgment, Plaintiff Talli J. McFadden's opposition thereto, and the parties' presentations at the October 8, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motions (Documents 56, 57, & 58) are GRANTED. Judgment is entered in Defendants' favor on all claims by separate order filed contemporaneously.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.